IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HTC CORPORATION,<br>HTC AMERICA, INC.,<br>AT&T INC., AT&T MOBILITY LLC,<br>VERIZON COMMUNICATIONS INC.,<br>CELLCO PARTNERSHIP INC. D/B/A<br>VERIZON WIRELESS,<br>SPRINT CORPORATION,<br>SPRINT SOLUTIONS, INC.,<br>SPRINT SPECTRUM L.P.,<br>BOOST MOBILE, LLC,<br>T-MOBILE USA, INC., and<br>T-MOBILE US, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 6:16-CV-475<br><br>**JURY TRIAL DEMANDED** |

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT SPRINT CORPORATION**

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendant Sprint Corporation submitted by Plaintiff Cellular Communications Equipment LLC.

Pursuant to stipulation of the parties, it is hereby **ORDERED** that Defendant Sprint Corporation is dismissed from this action without prejudice.

**So ORDERED and SIGNED this**

**Sep 27, 2016**

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE