IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**HTC CORPORATION, ET AL.,**<br><br>Defendants. | Civil Action No. 6:16-cv-475<br><br>**JURY TRIAL DEMANDED** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**ZTE CORPORATION, ET AL.,**<br><br>Defendants. | Civil Action No. 6:16-cv-476<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO SEVER AND STAY
CLAIMS AGAINST THE CARRIER DEFENDANTS**

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively, the "Carrier Defendants") move jointly to sever and stay CCE's claims against the Carrier Defendants in Civil Action Nos. 6:16-cv-475 and 6:16-cv-476 (the "475/476 Consolidated Actions") so that CCE can proceed on its claims against the Manufacturer Defendants, namely HTC Corporation and HTC America Inc. (together, "HTC") and ZTE Corp., ZTE (USA), Inc., and ZTE Solutions, Inc. (together, "ZTE").

CCE and the Carrier Defendants entered into a stipulation on February 15, 2017, whereby they agreed to jointly move to sever the Carrier Defendants from the 475/476 Consolidated Actions and stay the severed actions pending related trials against the Manufacturer Defendants (the "Stipulation").  The Stipulation includes the Carrier Defendants' commitment that should CCE proceed to trial in a case against a Manufacturer Defendant from which one or more Carrier Defendants have been severed, the applicable Carrier Defendants shall be bound consistent with Judge Mitchell's ruling in Civil Action No. 6:14-cv-251, which states that "the Carriers have agreed to be bound by the invalidity and infringement rulings in this case as to [the manufacturer]."

For the forgoing reasons, the parties to this joint motion submit that good cause exists for severing and staying CCE's claims against the Carrier Defendants in the 475/476 Consolidated Actions.  A Proposed Order is submitted with this Joint Motion for the Court's consideration and entry.

**Dated:  May 2, 2017**                                          **Respectfully submitted,**

| | |
|---|---|
| */s/ Edward R. Nelson III* <br> Edward R. Nelson III <br> ed@nelbum.com <br> Texas State Bar No. 00797142 <br> Ryan P. Griffin <br> ryan@nelbum.com <br> Texas State Bar No. 24053687 <br> Thomas C. Cecil <br> tom@nelbum.com <br> Texas State Bar No. 24069489 <br> Nelson Bumgardner PC <br> 3131 West 7th Street, Suite 300 <br> Fort Worth, Texas 76107 <br> Phone:  (817) 377-9111 <br> Fax:  (817) 377-3485 <br><br> Bradley W. Caldwell | */s/ Nicole S. Cunningham* <br> Callie A. Bjurstrom (CA SBN 137816) <br> callie.bjurstrom@pillsburylaw.com <br> Steven A. Moore (CA SBN 232114) <br> steve.moore@pillsburylaw.com <br> Nicole S. Cunningham (CA SBN 234390) <br> nicole.cunningham@pillsburylaw.com <br> Matthew R. Stephens (CA SBN 288223) <br> matthew.stephens@pillsburylaw.com <br> PILLSBURY WINTHROP SHAW PITTMAN LLP <br> 501 West Broadway, Suite 1100 <br> San Diego, CA 92101 <br> Phone: 619.544.3119 <br> Fax: 619-236-1995 <br><br> **ATTORNEYS FOR** |

| | |
|---|---|
| Texas Bar No. 24040630<br>Email: bcaldwell@caldwellcc.com<br>Jason D. Cassady<br>Texas Bar No. 24045625<br>Email: jcassady@caldwellcc.com<br>John Austin Curry<br>Texas Bar No. 24059636<br>Email: acurry@caldwellcc.com<br>Caldwell Cassady & Curry<br>2101 Cedar Springs Road, Suite 1000<br>Dallas, TX 75201<br>Telephone: (214) 888-4848<br>Facsimile: (214) 888-4849<br><br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>Ward, Smith, & Hill PLLC<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas  75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>**ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC** | **AT&T MOBILITY LLC** |
| */s/ Anup K. Misra*<br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Patrick C. Clutter, IV<br>State Bar No. 24036374<br>patrickclutter@potterminton.com<br>Potter Minton, P.C.<br>110 N. College Ave., Suite 500<br>Tyler, Texas 75702<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846 | */s/ Mark W. McGrory*<br>Mark W. McGrory<br>Erise IP, P.A.<br>6201 College Blvd<br>Suite 300<br>Overland Park, KS 66211<br>Telephone (913) 777-5600<br>Fax: (913) 777-5601<br>mark.mcgrory@eriseip.com<br><br>Robert William Weber<br>Smith Weber LLP |

2

| | |
|---|---|
| Thomas M. Dunham<br>D.C. Bar No. 448407<br>tdunham@winston.com<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Tel: (202) 282-5000<br>Fax: (202) 282-5100<br><br>Anup K. Misra<br>NY Bar No. 4734836<br>amisra@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Ave.<br>New York, NY 10002<br>Tel: (212) 294-6697<br>Fax: (212) 294-4700<br><br>**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS** | 5505 Plaza Drive<br>P.O. Box 6167<br>Texarkana, TX 75505<br>Telephone: (903) 223-5656<br>Fax: (903) 223-5652<br>bweber@smithweber.com<br><br>**ATTORNEYS FOR SPRINT SOLUTIONS, INC. AND SPRINT SPECTRUM L.P.** |
| */s/ Douglas J. Dixon*<br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>Douglas J. Dixon<br>HUESTON HENNIGAN LLP<br>620 Newport Center Dr., Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 226-6741<br>DDixon@hueston.com<br><br>Alexander C.D. Giza<br>HUESTON HENNIGAN LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4340 | |

3

| | |
|---|---|
| agiza@hueston.com<br><br>**ATTORNEYS FOR T-MOBILE USA, INC. AND T-MOBILE US, INC.** | |

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV-7(h), the undersigned certifies that CCE and the Carrier Defendants are in agreement as to the relief sought and, therefore, jointly bring this motion. The undersigned also certifies that Defendants HTC and ZTE are unopposed.

*/s/ Edward R. Nelson III*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on May 2, 2017 via the Court's CM/ECF system.

*/s/ Edward R. Nelson III*
