IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**HTC CORPORATION, ET AL.,**<br><br>Defendants. | Civil Action No. 6:16-cv-475<br><br>**JURY TRIAL DEMANDED** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ZTE CORPORATION, ET AL.,**<br><br>Defendants. | Civil Action No. 6:16-cv-476<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING MOTION TO SEVER AND STAY
CLAIMS AGAINST THE CARRIER DEFENDANTS**

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively, the "Carrier Defendants") moved jointly to sever and stay CCE's claims against the Carrier Defendants in Civil Action Nos. 6:16-cv-475 and 6:16-cv-476 (the "475/476 Actions") so that CCE can proceed on its claims against the Manufacturer Defendants, HTC Corporation, HTC America Inc. (together, "HTC"), ZTE Corporation, ZTE (USA), Inc., and ZTE Solutions, Inc. (together, "ZTE") (collectively, HTC and ZTE are referred to as the "Manufacturer Defendants"). The Court hereby ORDERS:

CCE's claims against the Carrier Defendants in the 475/476 Actions are hereby SEVERED and STAYED.

So ORDERED and SIGNED this 3rd day of May, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE