IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT, LLC | § § § § | |
| vs. | § § § | CASE NO. 6:16-cv-475 LEAD CASE |
| HTC CORPORATION, *et al*. | § | |

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT, LLC | § § § § | |
| vs. | § § § | CASE NO. 6:17-cv-146 |
| APPLE INC. | § | |

# ORDER

Before the Court is a Joint Motion to Sever Constituent Action and Consolidate with Newly-Filed Action Involving Common Parties (ECF 111). Previously, the Court consolidated Civil Action No. 6:16cv475, 6:16cv476 and 6:17cv146. Endeavoring to prevent duplicate discovery, simplify negotiations and otherwise create a more efficient process, the parties now seek to remove Civil Action 6:17cv146 from that consolidation and instead consolidate it with Civil Action 6:17cv225, *Cellular Communications Equipment, LLC v. Apple Inc.*, *et al*. Having considered the motion, it is hereby

**ORDERED** that the Joint Motion to Sever Constituent Action and Consolidate with Newly-Filed Action Involving Common Parties (ECF 111) is **GRANTED**. Civil Action 6:17cv146 is **SEVERED** from the consolidated lead case Civil Action 6:16cv475. The Clerk shall

terminate the consolidated defendant—Apple Inc.—in the lead case. The Court will order the consolidation of Civil Action 6:17cv146 and Civil Action 6:17cv225 in a separate order.

So ORDERED and SIGNED this 12th day of May, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE