**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>                              Plaintiff,<br><br>v.<br><br>**HTC CORPORATION, ET AL.,**<br><br>Defendants. | Civil Action No. 6:16-cv-475<br><br>**JURY TRIAL DEMANDED** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>                              Plaintiff,<br><br>v.<br><br>**ZTE CORPORATION, ET AL.,**<br><br>Defendants. | Civil Action No. 6:16-cv-476<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO SEVER AND CONSOLIDATE CLAIMS,
DEFENSES AND COUNTERCLAIMS REGARDING U.S. PATENT NO. 7,941,174**

Plaintiff Cellular Communications Equipment LLC and Defendants HTC Corporation, HTC America Inc., and ZTE (USA), Inc. moved jointly to sever claims, defenses and counterclaims pertaining to U.S. Patent No. 7,941,174 ("the '174 patent") from the above-captioned cases and to consolidate those claims, defenses and counterclaims into Civil Action Nos. 6:16-cv-363 and 6:16-cv-375.

Finding good cause, the Court hereby GRANTS the joint motion and ORDERS that the parties' claims, defenses and counterclaims pertaining to the '174 patent as relate to HTC Corporation and HTC America Inc. are consolidated into Civil Action No. 6:16-cv-363 and the

claims, defenses and counterclaims pertaining to the '174 patent as relate to ZTE (USA), Inc. are consolidated into Civil Action No. 6:16-cv-375.

So ORDERED and SIGNED this 31st day of October, 2017.

_K. Nicole Mitchell_
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE