**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § | |
| *Plaintiff* | § | Case No. 6:16-CV-475-KNM |
| v. | § § | LEAD CASE |
| HTC CORPORATION, et. al., | § | |
| *Defendant* | § | |

**ORDER**

Before the Court are Defendants' Unopposed Motion to Modify Motion Hearing Set for May 4, 2018 (Doc. No. 260) and Defendants' Unopposed Motion to Modify Motion Hearing Set for May 4, 2018 (Doc. No. 266).

The Court **GRANTS** the motions and **RE-SETS** the motions for hearing on May 15, 2018 at 9:00 A.M.

So ORDERED and SIGNED this 2nd day of May, 2018.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE