**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, et al., <br><br> Defendants. | Case No. 6:16-cv-475-KNM <br><br> JURY TRIAL DEMANDED (CONSOLIDATED LEAD CASE) |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZTE CORPORATION, et al., <br><br> Defendants. | Case No. 6:16-cv-476-KNM <br><br> JURY TRIAL DEMANDED |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants HTC Corporation and HTC America, Inc. (together, "HTC") notify the Court that they have reached an agreement in principle that resolves claims between them in the above-captioned litigation.  In furtherance of their agreement, CCE and HTC expect to move to dismiss constituent Civil Action No. 6:16-cv-475 in the next thirty (30) days.  Thus, the parties respectfully ask that the Court stay all proceedings and deadlines as they relate to HTC while the parties memorialize their settlement and move to dismiss.

HTC's co-defendants in the above-captioned litigation do not oppose this notice and motion, and the parties hereto ask that the Court enter the attendant proposed Order Staying Proceedings, accordingly.

**Dated: May 16, 2018**

<table>
<tr>
<td>

*/s/ Edward R. Nelson III*
Edward R. Nelson III
ed@nbafirm.com
Texas State Bar No. 00797142
Ryan P. Griffin
ryan@nbafirm.com
Texas State Bar No. 24053687
Thomas C. Cecil
tom@nbafirm.com
Texas State Bar No. 24069489
Nelson Bumgardner Albritton PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone:  (817) 377-9111
Fax:  (817) 377-3485

Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Caldwell Cassady & Curry
2101 Cedar Springs Road, Suite 1000
Dallas, TX 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

J. Wesley Hill
Texas State Bar No. 24032294
Claire Abernathy Henry
Texas State Bar No. 24053063
Ward, Smith, & Hill PLLC
P.O. Box 1231
1127 Judson Rd. Ste. 220
Longview, Texas  75606-1231
(903) 757-6400

</td>
<td>

*/s/ Nicole S. Cunningham*
Nicole S. Cunningham
CA State Bar No. 234390
Steve A. Moore
CA State Bar No. 232114
PILLSBURY WINTHROP SHAW
PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 544-3119
(619) 236-1995 (fax)
Nicole.Cunningham@PillsburyLaw.com
Steve.Moore@PillsburyLaw.com

**ATTORNEYS FOR DEFENDANTS
HTC CORPORATION AND HTC
AMERICA INC.**

</td>
</tr>
</table>

| (903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>**ATTORNEYS FOR CELLULAR**<br>**COMMUNICATIONS EQUIPMENT LLC** | |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I certify that the all parties have met and conferred and that this Joint Motion is unopposed.

*/s/ Edward R. Nelson III*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2018, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Edward R. Nelson III*