**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 6:16-cv-475-KNM<br><br>JURY TRIAL DEMANDED<br>(CONSOLIDATED LEAD CASE) |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 6:16-cv-476-KNM<br><br>JURY TRIAL DEMANDED |

## ORDER STAYING PROCEEDINGS

Before the Court is the Joint Notice of Settlement and Motion to Stay filed by Plaintiff Cellular Communications Equipment LLC and Defendants HTC Corporation and HTC America, Inc. pertaining to the above-captioned litigation.

Having considered the filing, and finding that good cause exists for granting of the motion therein, the Court GRANTS the motion and ORDERS that all proceedings and deadlines as they relate to HTC are stayed for thirty (30) days from the date of this Order while the parties memorialize their settlement and move to dismiss.