**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br><br>Defendants. | Case No. 6:16-cv-475-KNM<br><br>JURY TRIAL DEMANDED<br>(CONSOLIDATED LEAD CASE) |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, et al.,<br><br>Defendants. | Case No. 6:16-cv-476-KNM<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S MOTION
FOR A PROTECTIVE ORDER**

Before the Court is Plaintiff's Motion for a Protective Order. Given the Court's Order to Stay the case with respect to HTC (Doc. No. 295), this motion is now unopposed. The Court hereby GRANTS Plaintiff's Motion for a Protective Order. Defendants shall not take Qualcomm's deposition in this case.

So ORDERED and SIGNED this 17th day of May, 2018.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE