# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 6:16-cv-475-KNM<br><br>JURY TRIAL DEMANDED<br>(CONSOLIDATED LEAD CASE) |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 6:16-cv-476-KNM<br><br>JURY TRIAL DEMANDED |

## ORDER EXTENDING TEMPORARY STAY

Before the Court is the Joint Motion to Extend Temporary Stay filed by Plaintiff Cellular Communications Equipment LLC and Defendants HTC Corporation and HTC America, Inc. pertaining to the above-captioned litigation.

Having considered the filing, and finding that good cause exists for granting of the motion therein, the Court GRANTS the motion and ORDERS that all proceedings and deadlines as they relate to HTC are stayed for an additional week, to June 22, 2018, while the parties finalize their settlement and move to dismiss.

So ORDERED and SIGNED this 22nd day of June, 2018.

_K. Nicole Mitchell_
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE