IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br><br>    Defendants. | Case No. 6:16-cv-475-KNM<br><br>JURY TRIAL DEMANDED<br>(CONSOLIDATED LEAD CASE) |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, et al.,<br><br>    Defendants. | Case No. 6:16-cv-476-KNM<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

    Before the Court is the Joint Stipulation of Dismissal of Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants HTC Corporation and HTC America, Inc. (together, "HTC") pertaining to Civil Action No. 6:16-cv-475.  Having considered the Joint Stipulation of Dismissal, and finding that good cause exists for granting it, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

    IT IS THEREFORE ORDERED that CCE's claims against HTC in Civil Action No. 6:16-cv-475 are DISMISSED WITH PREJUDICE and HTC's claims against CCE in Civil Action No. 6:16-cv-475 are DISMISSED WITHOUT PREJUDICE as set forth in the Joint

Stipulation of Dismissal, with each party to the Joint Stipulation of Dismissal to bear its own costs, expenses and attorneys' fees as may exist between them.

IT IS FURTHER ORDERED that CCE's claims against AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. that were severed and stayed from Civil Action No. 6:16-cv-475 are dismissed WITH PREJUDICE solely to the extent those claims for relief asserted therein involve the manufacture, use, offer for sale, sale, and/or importation of products manufactured by or for HTC that are the subject of the settlement agreement between CCE and HTC.

So ORDERED and SIGNED this 25th day of June, 2018.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE