# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, et al., <br><br> Defendants. | Case No. 6:16-cv-475-KNM <br><br> JURY TRIAL DEMANDED <br> (CONSOLIDATED LEAD CASE) |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZTE CORPORATION, et al., <br><br> Defendants. | Case No. 6:16-cv-476-KNM <br><br> JURY TRIAL DEMANDED |

## ORDER STAYING PROCEEDINGS

Before the Court is the Joint Motion to Extend Stay filed by Plaintiff Cellular Communications Equipment LLC and Defendant ZTE (USA), Inc. pertaining to the above-captioned litigation.

Having considered the filing, and finding that good cause exists for granting it, the Court GRANTS the motion and ORDERS that the temporary stay of all proceedings and deadlines as they relate to ZTE is extended for five (5) days from the date of this Order while the parties sign their settlement agreement and move to dismiss.

So ORDERED and SIGNED this 4th day of September, 2018.

_K. Nicole Mitchell_
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE